No. 82–5714.  DYER, A MINOR, BY DYER, HER PARENT AND NATURAL GUARDIAN *v.* LOWER BUCKS COUNTY HOSPITAL.  Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.

No. 82–5773.  MOORE *v.* GUILFORD COUNTY DEPARTMENT OF SOCIAL SERVICES.  Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 82–5754.  BETKA *v.* OREGON ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1284.  EICKE *v.* EICKE.  Ct. App. La., 3d Cir. [Certiorari granted, 456 U. S. 970.]  Writ of certiorari dismissed as improvidently granted.